AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| DOCKET NO. CV13-02449 | DATE FILED |
| PLAINTIFF<br>TRENA STEWARD and LORENZO PRYOR | DEFENDANT<br>KANYE WEST; UMG RECORDINGS; ROC-A-FELLA RECORDS, LLC; THE ISLAND DEF JAM MUSIC GROUP; BAD BOY RECORDS; CAROLINE DISTRIBUTION; SAMPLE CELARANCE LTD; et al. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | Eu56138 | Bumpin' Bus Stop (Part 1) | Caesar's Music Library |
| 2 | Eu56139 | Bumpin' Bus Stop (Part 2) | Caesar's Music Library |
| 3 | N20740 | Bumpin' Bus Stop | Private Stock Records |
| 4 | V3613D044 | Bumpin' Bus Stop (Parts 1 and 2) | Trena Steward Lorenzo Pryor |
| 5 | (continued) | (continued) | Marg Pryor Shiela Hines Karla Ray |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |