AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. cv13-02449-GW(JCx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kanye West

was received by me on *(date)* 09/27/2013 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Kris Jenner (co-tenant) , a person of suitable age and discretion who resides there,
on *(date)* 10/27/2013 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 800.00 for services, for a total of $ 800.00 .

I declare under penalty of perjury that this information is true.

Date: 10/28/2013

_____
*Server's signature*

Nelson Tucker, Process Server
*Printed name and title*

Process Service Network
5775 East Los Angeles Avenue, Suite 218
Simi Valley, CA 93063
*Server's address*

Additional information regarding attempted service, etc:

Addess of service: 25115 Eldorado, Hidden Hills, CA 91302
Served on: 10/27/13, at 12:21 PM.

Documents served: Summons (to Second Amended Complaint); Attachment to Summons; Second Amended Complaint; Exhibits 1-3; Certification and Notice of Interested Parties; Notice to Parties of Court-Directed ADR Program; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright; Civil Cover Sheet.

DECLARATION OF NELSON TUCKER

I, Nelson Tucker, declare under penalty of perjury of the laws of the State of California, that the following is true and correct and that I could competently testify, if called, as follows:

1. I am the CEO of Process Service Network LLC, am over the age of 18 years, and not a party to the within-named action. I have been a Registered Process Server and owner of an attorney service since 1978. I supervise all international service of process assignments that come into our office. I have authored four (4) books on service of process, investigations and court filing procedures and have conducted training seminars for the past 28 years. I am the President of Process Service University and am fully familiar with the requirements for service of process in every country. I am a Member of the American Bar Association, Section of International Law, Steering Committee for 2012-2013. I am a qualified expert witness on international service of process and court filing procedures.

2. On July 2, 2013, I received an assignment to serve a Summons, First Amended Complaint and supporting documents related to the case entitled, *Steward v. West, et al.*, Case No. CV13-02449 BRO(JCx), upon KAYNE WEST ("West"). The service was assigned to me by the Law Offices of Courtney M. Coates.

3. On July 2, 2013, I commenced an investigation to locate a valid address for personal service upon West. On July 2, 2013, I

located 4 possible addresses for service and commenced service attempts on July 5, 2013.

4. On September 27, 2013, I received additional documents including a Summons (to Second Amended Complaint), Second Amended Complaint, and supporting documents to be served upon West.

5. Between the dates of July 5, 2013, and October 27, 2013, I attempted to personally serve West at 9 different addresses without success. I made a total of 63 different attempts at personal service.

6. On October 27, 2013, at 12:21 p.m., I served West by substituted service at his residence address of 25115 Eldorado Meadow Road, Hidden Hills, CA 91302. The service was made upon Kris Jenner (co-tenant and owner of the property). I recognized her from her photographs and previously seeing her on television. The service was witnessed by her live-in maid, Maria Doe. There were security cameras on the front porch that captured the service.

7. On October 27, 2013, I mailed a copy of the same documents to West at the same address with postage fully pre-paid by first-class mail.

8. I have prepared a Proof of Service to which this Declaration is attached.

I declare and can competently testify, under penalty of perjury of the laws of the State of California, that the foregoing is true and correct. Executed on October 28, 2013, at Simi Valley, California.

_____
Declaration of Nelson Tucker
Case No. CV13-02449 BRO (JCx)



