1  LAW OFFICES OF COURTNEY M. COATES
2  COURTNEY M. COATES, ESQ. (Bar No. 203448)
   26201 Ynez Road, Ste. 103
   Temecula, CA 92591
3  Telephone: (951) 595-8118
   Facsimile: (951) 296-2186
4  ccoateslaw@gmail.com

5  Attorneys for Plaintiffs TRENA STEWARD,
   LORENZO PRYOR, and KARLA RAY

6

7

8                    **UNITED STATES DISTRICT COURT**

9

10                  **CENTRAL DISTRICT OF CALIFORNIA**

11

12  TRENA STEWARD, LORENZO           No. CV13-02449 BRO (JCx)
    PRYOR, and KARLA RAY
13                                   **NOTICE OF CONDITIONAL**
              Plaintiffs,            **SETTLEMENT AS TO FIFTH**
14                                   **AMENDED COMPLAINT**
        v.
15                                   **Action Filed:  April 5, 2013**
    CAROLINE DISTRIBUTION and
16  STONES THROW RECORDS,
    inclusive,
17
              Defendants.
18

19

20

21

22        TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR

23  ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT the Fifth

24  Amended Complaint against Defendants STONES THROW RECORDS and

25
    CAROLINE DISTRIBUTION has been conditionally settled but that certain
26

27  conditions of the settlement have not been fully performed.

28

                                    1

1       Plaintiffs anticipate that full performance and completion of settlement

2

3   conditions will occur within 45 days, at which time Plaintiffs will file a Stipulation

4   for Dismissal and Proposed Order.   Plaintiffs request that this Court retain

5   jurisdiction over this action until such Stipulation and Order is entered.

6
    This Notice is without prejudice to, and Plaintiffs hereby expressly reserve,
7

8   their right to appeal this Court's August 14, 2014 Order (Doc. #179), granting

9   judgment on the pleadings as to the Fourth Amended Complaint.

10

11   DATED:  October 20, 2014        LAW OFFICES OF COURTNEY M. COATES

12

13                     By: */s/ Courtney M. Coates*

14                        COURTNEY M. COATES, ESQ.
                     Attorneys for Plaintiffs TRENA STEWARD,
15                        LORENZO PRYOR, KARLA RAY

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CONDITIONAL SETTLEMENT AS TO FIFTH AMENDED COMPLAINT