| | | |
|---|---|---|
|1| | |
|2| | |
|3| | |
|4| | |
|5| | |
|6| | |
|7| | |
|8| **UNITED STATES DISTRICT COURT** | |
|9| | |
|10| **CENTRAL DISTRICT OF CALIFORNIA** | |
|11| | |
|12| TRENA STEWARD, LORENZO PRYOR, and KARLA RAY | No. CV13-02449 BRO (JCx) [Related Case No. 14-01588 BRO (JCx)] |
|13| Plaintiffs, | |
|14| v. | **ORDER RE: DISMISSAL OF STONES THROW RECORDS AND CAROLINE DISTRIBUTION ONLY WITH PREJUDICE** |
|15| KANYE WEST; UMG RECORDINGS, INC.; ROC-A-FELLA RECORDS, LLC; THE ISLAND DEF JAM MUSIC GROUP; BAD BOY RECORDS LLC; CAROLINE DISTRIBUTION; STONES THROW RECORDS; BOMB HIP HOP RECORDS; AUTUMN GAMES, LLC; ACTIVISION BLIZZARD, INC.; ELECTRONIC ARTS, INC.; KONAMI DIGITAL ENTERTAINMENT, INC., TERMINAL REALITY, INC., FAT BEATS RECORDS; PARAMOUNT PICTURES CORPORATION; NBCUNIVERSAL, INC. dba UNIVERSAL PICTURES; JAKE RECORDS; WARNER BROS. ENTERTAINMENT, INC., inclusive, | Action Filed: April 5, 2013 |
|26| Defendants. | |

- 1 -

ORDER RE: DISMISSAL

# ORDER

Pursuant to the Stipulation entered between Plaintiffs TRENA STEWARD, LORENZO PRYOR, and KARLA RAY, on the one hand, and Defendants STONES THROW RECORDS and CAROLINE DISTRIBUTION, on the other, pursuant to Federal Rule of Civil Procedure 41(a), and GOOD CAUSE APPEARING,

The Fifth Amended Complaint against Defendant STONES THROW RECORDS and CAROLINE DISTRIBUTION only is DISMISSED, in its entirety and *with prejudice*. Plaintiffs are deemed to have waived all rights, including the right of appeal, against STONES THROW RECORDS and CAROLINE DISTRIBUTION with regard to the claims previously set forth in the sixteenth, nineteenth, twenty-sixth, twenty-seventh, thirtieth, and thirty-first claims for relief contained in the Fourth Amended Complaint against STONES THROW RECORDS and CAROLINE DISTRIBUTION.

This Order is *without prejudice* to Plaintiffs' right to appeal this Court's August 14, 2014 Order On Motion for Judgment on the Pleadings (Dkt #179) and any resulting final judgment, with regard to its dismissal of the first through fifteenth, seventeenth, eighteenth, twentieth through twenty-fifth, twenty-eighth, twenty-ninth, and thirty-second claims asserted in the Fourth Amended Complaint.

Each party shall bear their own costs and attorney fees.

**IT IS SO ORDERED.**

Dated: December 2, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

ORDER RE: DISMISSAL